UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRIS BREAUX SR. AND CHAD BREAUX | CIVIL ACTION |
| VERSUS | NO: 09-3531 |
| SCOTT PRITCHARD AND CRAIG WEBRE LAFOUCHE, PARISH SHERIFF | SECTION: "J(4)" |

ORDER

Considering the foregoing **Motion to Set Aside Order Denying Motion to Leave Court to File Notice of Appeal** [sic] (Rec. D. 18),

In their motion, Plaintiffs ask the Court to set aside an earlier order denying their motion to file an untimely appeal. (Rec. D. 17). However, Plaintiffs' motion is so riddled with grammatical errors that the Court finds it hard to decipher Plaintiffs' arguments.

Furthermore, in order to prevail on a motion for extension of time to file a notice of appeal, the mover must show "excusable neglect or good cause" to account for the untimely notice. USCS Fed Rules App Proc R 4(a)(5)(A)(ii). Plaintiffs have once again failed to provide the Court with any explanation for their late filings.

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Set Aside Order Denying Motion to Leave Court to File Notice of Appeal** [sic] (Rec. D. 18) is **DENIED.**

New Orleans, Louisiana, this 1st day of March 2010

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE